**DISMISS: Opinion filed January 15, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00408-CV

## PAUL DEVEREAUX, Appellant

### V.

## CLARNEICE DEVEREAUX, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16774-R**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion By Justice Bridges

By order dated May 23, 2012, the Court granted appellant's motion to stay to allow the parties to finalize settlement documents. On July 25, 2012, the Court reinstated the appeal. On that same date, the Court notified the parties by letter that if the Court did not receive a motion to dismiss the appeal within ten days, the appeal would be dismissed because the parties had reached a settlement.

As of today's date, the Court has not received any further correspondence from the parties. Accordingly, on the Court's own motion, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

DAVID L. BRIDGES
JUSTICE

120408F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PAUL DEVEREAUX, Appellant

No. 05-12-00408-CV      V.

CLARNEICE DEVEREAUX, Appellee

Appeal from the 254th Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
DF-11-16774-R).
Opinion delivered by Justice Bridges,
Justices O'Neill and Murphy, participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement-between the parties, it is **ORDERED** that appellee, Clarneice Devereaux, recover her costs of the appeal from appellant, Paul Devereaux.

Judgment entered January 15, 2013.

DAVID L. BRIDGES
JUSTICE